H. T. Foster, of Scottsboro, for appellants.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

∎

199 So. 916

**James H. SPEAR v. STATE.**

**4 Div. 614.**

Court of Appeals of Alabama.

Nov. 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

∎

198 So. 879

**A. G. SPEED v. STATE.**

**2 Div. 679.**

Court of Appeals of Alabama.

Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

∎

199 So. 916

**Carment (alias Kermit) SPRINGFIELD v. STATE.**

**6 Div. 692.**

Court of Appeals of Alabama.

Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

∎

199 So. 916

**Carment (alias Kermit) SPRINGFIELD v. STATE.**

**6 Div. 693.**

Court of Appeals of Alabama.

Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

∎

198 So. 879

**STATE v. J. M. EDWARDS.**

**6 Div. 642.**

Court of Appeals of Alabama.

June 25, 1940.

Rehearing Denied, Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., and John W. Lapsley and J. Edw. Thornton, Asst. Attys. Gen., for appellant.

R. G. Redden, of Vernon, for appellee.

BRICKEN, Presiding Judge.

Reversed and rendered on authority of State v. C. A. Webster, ante, p. 407, 197 So. 87.